UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PACKMAN1, INC., a Florida corporation,
and BARKER PRODUCE, INC., a New
Mexico corporation,

    Plaintiffs,

v.

Case No. 8:18-cv-816-T-23AEP

SEASONS BEST PRODUCE CORP., a
dissolved Florida corporation by and
through Jason A. Canals, Sr., its last known
officer; STAY FRESH DISTRIBUTORS,
INC., a Florida corporation; JASON A.
CANALS, an individual; COUNTY LINE
BREW SPOT, INC., a Florida corporation,

    Defendants.

## **ORDER**

This matter comes before the Court on Plaintiff/Judgment Creditors' Motion for Writ of Garnishment (Doc. 26). By the instant motion, Plaintiffs/Judgment Creditors request issuance of writ of garnishment to Bank of America, N.A. This Court has entered judgments in favor of Plaintiffs/Judgment Creditors and against the Original Judgment Debtor in the amount of $92,848.55 (Doc's 24, 25). The Judgments remain unsatisfied.

Pursuant to Rule 69, Federal Rules of Civil Procedure, the Court must follow state law regarding execution of a judgment. Florida Statute § 77.01 *et. seq.* allows recovery of a money judgment via a writ of garnishment. Thus, the Court may enforce the judgment through a writ of garnishment pursuant to Florida law. Upon consideration, the Court finds good cause to grant the motion.

Accordingly, it is hereby

ORDERED:

1. Plaintiff/Judgment Creditors' Motion for Writ of Garnishment (Doc. 26) is GRANTED.

2. The Clerk is directed to issue the writ of garnishment as set forth in Plaintiff/Judgment Creditors' proposed writ of garnishment (Doc. 26, Ex. A).

3. As Defendant Jason A. Canals is an individual, the Clerk is hereby directed to attach the required notice to Defendant Jason A. Canals pursuant to Fla. Stat. § 77.041(1) to the writ of garnishment.

DONE AND ORDERED in Tampa, Florida, on this 5th day of April, 2019.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record